# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 25, 2015

## NO. 03-14-00509-CV

**The University of Texas at Austin, Appellant**

**v.**

**Dijaira B. Smith, Appellee**

## APPEAL FROM 200TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
## REVERSED AND DISMISSED– OPINION BY JUSTICE FIELD

This is an appeal from the interlocutory order signed by the trial court on July 21, 2014. Having reviewed the record and the parties' arguments, the Court holds that the trial court erred in denying appellant's plea to the jurisdiction. Therefore, the Court reverses the trial court's interlocutory order, grants the plea to the jurisdiction, and dismisses appellee's suit for lack of subject-matter jurisdiction. Appellee shall pay all costs relating to this appeal, both in this Court and the court below.